IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01847-RM-MJW

JACLYN PRADO,

Plaintiff,

v.

UNIVERSITY OF DENVER,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Joint Motion to Amend Scheduling Order (Docket No. 36) is GRANTED for good cause shown.  The Scheduling Order (Docket No. 19) is AMENDED such that:

- The discovery cut-off is extended to June 30, 2015; and

- The dispositive motions deadline is extended to August 3, 2015.

Date: June 15, 2015