IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01847-RM-MJW

JACLYN PRADO,

Plaintiff,

v.

UNIVERSITY OF DENVER,

Defendant.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

In light of the Joint Stipulation of Dismissal with Prejudice (Docket No. 45), it is hereby ORDERED that the Final Pretrial Conference set for September 15, 2015, at 9:30 a.m. is VACATED.

Date: September 14, 2015